982

No. 80–1165. Hanigan et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–1172. Buttke et al. v. Commissioner of Internal Revenue. C. A. 8th Cir. Certiorari denied. ▊

No. 80–1177. Cummings, Sheriff, et al. v. Dobbs et al. C. A. 6th Cir. Certiorari denied. ▊

No. 80–1182. Meserve, Reorganization Trustee, et al. v. Chesapeake & Ohio Railway Co. et al.; and
No. 80–1196. Chesapeake & Ohio Railway Co. et al. v. Meserve et al., Trustees. C. A. 1st Cir. Certiorari denied. Reported below: 634 F. 2d 1359.

No. 80–1185. Wilson v. Mississippi. Sup. Ct. Miss. Certiorari denied. ▊

No. 80–1187. Spencer, dba Irving Equipment & Construction Co. v. Howe Richardson Scale Co. C. A. 5th Cir. Certiorari denied. ▊

No. 80–1194. Weidman Metal Masters Co., Inc. v. Glass Master Corp. et al. C. A. 5th Cir. Certiorari denied. ▊

No. 80–1198. Shapiro v. Florida. Sup. Ct. Fla. Certiorari denied. ▊

No. 80–1202. Baxter v. California Unemployment Insurance Appeals Board et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–1209. O'Biso v. Board of Education of the Borough of Lincoln Park, Morris County. C. A. 3d Cir. Certiorari denied. ▊